McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00245-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DEFENDANT OSCAR ANTONIO PRADO'S SENTENCING HEARING |
| v. | |
| OSCAR ANTONIO PRADO, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Angela Scott, and defendant OSCAR ANTONIO PRADO ("defendant"), by and through defendant's counsel of record, Richard Oberto, hereby stipulate as follows:

1. On November 8, 2018, defendant was indicted for crimes related to the distribution of methamphetamine. Doc. 1.

2. On December 2, 2019, defendant pleaded guilty to Count One of a superseding information, which charged him with conspiracy to possess with intent to distribute, and to distribute methamphetamine, in violation of 21 U.S.C. § 846, 841(a)(1), (b)(1)(C). A sentencing hearing was set for February 24, 2020. Doc. 55.

3. Undersigned government counsel needs to travel this Friday, February 21, 2020, through at least Monday, February 24, 2020, to assist a family member who is having an unexpected medical

1

procedure over the weekend.  Consequently, the government is seeking a continuance of Monday's sentencing hearing.

4. Defendant does not object to the continuance.  Defense counsel informed the government that he is available on March 23, 2020, for the continued hearing.

5. As such, the parties respectfully request a continuance of defendant's sentencing hearing to March 23, 2020, at 10:00 a.m.

IT IS SO STIPULATED.

Dated:  February 19, 2020                    McGREGOR W. SCOTT
                                             United States Attorney

                                             /s/ ANGELA L. SCOTT
                                             ANGELA L. SCOTT
                                             Assistant United States Attorney

Dated:  February 19, 2020                    /s/ per email authorization
                                             RICHARD M. OBERTO
                                             Counsel for Defendant
                                             OSCAR ANTONIO PRADO

## **O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant OSCAR ANTONIO PRADO's sentencing hearing currently set for Monday, February 24, 2020, at 10:00 a.m. is hereby continued to Monday, March 23, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **February 19, 2020**                _Dale A. Drozd_
                                             UNITED STATES DISTRICT JUDGE